FILED

10/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0391

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0391

_____

IN RE MINOR CHILD D.F.K.W.

RASTA KHALID WALID,

      Petitioner and Appellant,

  v.

PHOENIX KAWULOK,

      Respondent and Appellee.

O R D E R

_____

The record was filed for purposes of this appeal on June 28, 2024. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than December 2, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2024